1  GERALD KIM (SBN No. 216894)
   COUNSEL
2  SCREEN ACTORS GUILD, INC.
   5757 Wilshire Blvd., 8th Floor
3  Los Angeles, CA 90036-3600
   Telephone: (323) 549-6623
4  Facsimile: (323) 549-6624
   gkim@sag.org

JS-6

Attorney for Petitioner
Screen Actors Guild, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD, INC., a non-profit corporation on behalf of Affected Performers,<br><br>Petitioner,<br><br>v.<br><br>GIANTS ENTERTAINMENT, INC. and BAYSHORE MEDIA GROUP,<br><br>Respondents. | Case No.  CV-10-5189-R (CWx)<br><br>**JUDGMENT**<br><br>Date:   September 7, 2010<br>Time:   10:00 a.m.<br>Place:  Courtroom 8<br>Judge: Manuel L. Real |

The regularly noticed Motion for Order Confirming Arbitration Award and for Entry of Judgment in Conformity Therewith of petitioner Screen Actors Guild, Inc. came before the Court on September 7, 2010, the Honorable Manuel L. Real presiding.

Having considered all of the pleadings and arguments submitted by the parties in connection with this motion, the pleadings and papers on file, and any oral and/or documentary evidence presented at the time of the hearing:

///

///

///

[PROPOSED] JUDGMENT

- 1 -

IT IS HEREBY ORDERED AND ADJUDGED that judgment be entered in this case as follows:

1. The arbitration award in favor of petitioner Screen Actors Guild, Inc. and against respondents Giants Entertainment, Inc. and Bayshore Media Group, SAG Case No. 2004-0059, dated July 16, 2006, is confirmed in all respects.

2. Giants Entertainment, Inc. and Bayshore Media Group, jointly and severally, are ordered to pay as follows:

   (a) To Screen Actors Guild, Inc., on behalf of affected performers, the sum of $182,809.92;

   (b) To Screen Actors Guild, Inc. for respondents' portion of the arbitration fees, the sum of $300;

   (c) To Screen Actors Guild, Inc. for its attorney's fees incurred in this action, the sum of $3,200; and

   (d) To Screen Actors Guild, Inc. for its costs incurred in this action, the sum of $350.

3. Screen Actors Guild, Inc. is hereby granted an irrevocable assignment of any monies received or to be received by Giants Entertainment, Inc. and Bayshore Media Group from the worldwide exploitation, distribution, exhibition, or other use of the motion pictures originally known as *Bad Guys*, *Face to Face*, *Never Look Back* aka *Down for the Count*, *Outlaws*, *Dead Man's Run*, and *Ides of March* until the above sum(s) are paid in full.

Dated: _Sept. 10, 2010_

_____
The Honorable Manuel L. Real
Judge of the United States District Court

[PROPOSED] JUDGMENT